IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| DONALD G. MOORE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | No. 05-3040 |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

OPINION

RICHARD MILLS, U.S. District Judge:

This case is before the Court on the Petitioner's motion for leave to appeal in forma pauperis.

In an Order entered on June 7, 2005, the Court denied the Petitioner's motion under 28 U.S.C. § 2255 to vacate, set aside or correct his sentence. On July 5, 2005, the Court declined to issue a certificate of appealability.

The Court believes that any issues the Petitioner might raise on appeal are sufficiently lacking in merit to warrant denying leave to proceed in

1

forma pauperis.  The Court previously found the Petitioner's motion under § 2255 to be without merit and believes that any issues raised on appeal would be equally meritless.

Ergo, the Petitioner's motion for leave to appeal in forma pauperis [d/e 11] is DENIED.  The Clerk will forward a copy of this Opinion to the Seventh Circuit.

ENTER: October 3, 2005

        FOR THE COURT:

                s/Richard Mills
                United States District Judge